SMITH, Respondent, v. KIRKWOOD, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Harry M. Smith against Thomas Kirkwood. H. S. Sayers, for appellant. C. D. Brower, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SMITH v. PERSCH. (Supreme Court. Appellate Division, First Department. November 5, 1906.) Action by J. Granville Smith against John P. Persch. No opinion. Order affirmed, without costs.

SMOLL v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Adele Smoll against the Erie Railroad Company. No opinion. Judgment affirmed, with costs.

SNYDER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Mary Snyder against the city of New York. No opinion. Judgment and order affirmed, with costs.

SOLOMON et al., Respondents, v. MACHTA et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Isidore Solomon and Philip Kolman against Barnet Machta, Hyman Weinstein, and Wolf Sigel, sued as "Jacob," Sigel (fictitious). No opinion. Reargument ordered, and case set down for Tuesday, January 15, 1907.

SOPER, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Harry G. Soper against Edward H. Butler. No opinion. Motion to amend order denied, with $10 costs.

SPITZ, Respondent, v. HEINZE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Theodore P. Spitz against Otto C. Heinze and others. D. P. Hays, for appellants. J. M. Bowers, for respondent. No opinion. Motion for leave to go to the Court of Appeals denied. Order filed.

SPOOR, Respondent, v. SPOOR, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Blanche Spoor against Theresa Spoor.
PER CURIAM. Judgment modified by deducting $10 therefrom, and, as modified, affirmed, without costs to either party.
PARKER, P. J., not sitting.

SPRY, Appellant, v. McCAFFREY WATER MOTOR & POWER CO., Respondent (two cases). (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Actions by Thomas W. Spry against the McCaffrey Water Motor & Power Company. No opinion. Orders affirmed, with $10 costs and disbursements.

STACH, Respondent, v. WILLS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Frederick Stach against Charles T. Wills. No opinion. Judgment and order unanimously affirmed, with costs.

STANDARD PAINT CO., Respondent, v. BRIGHTON BEACH DEVELOPMENT CO., Appellant. (Supreme Court. Appellate Division, First Department. December 28, 1906.) Action by the Standard Paint Company against the Brighton Beach Development Company. J. W. McElhinney, for appellant. N. D. Stern, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STAPLETON, Respondent, v. M. J. SAGE CO., Appellant. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Tobias W. Stapleton against the M. J. Sage Company. From a judgment in favor of plaintiff, defendant appeals. Reversed, and new trial ordered. William H. Newman, for appellant. S. C. Sugarman, for respondent.
PER CURIAM. There was no evidence that at the time of the commencement of the action Christian had earned any sum of money as salary from defendant. There was no evidence of notice to the defendant of the assignment. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.
GILDERSLEEVE and DUGRO, JJ., concur. DOWLING, J., concurs in result.

STEINBICKER, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by August Steinbicker against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

STERN, Respondent, v. BRANDT, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Sigsmund Stern against Minnie Brandt, impleaded. H. L. Moses, for appellant. L. Kauffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEVENS v. CHAMPNEY. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Lamont A. Stevens against Henry T. Champney. No opinion. Judgment and order affirmed, with costs.

STEVENS, Appellant v. McADOO et al., Respondents. (Supreme Court, Appellate Division, First Department. December 14, 1906.)

Action by Lawrence Stevens against William McAdoo and others. M. Steinbrink, for appellant. T. Farley, for respondents. No opinion. Order granting leave to appeal to the Court of Appeals vacated and set aside, and application for such leave denied. Order filed.

STRAITT, Respondent, v. STRAITT, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by John S. Straitt against Lulu M. Straitt. No opinion. Judgment unanimously affirmed, without costs.

STROHMAN, Respondent, v. FREDERICK J. W. BURSCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by George L. Strohman against the Frederick J. W. Bursch Company. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Schun v. Brooklyn Heights R. R. Co., 82 App. Div. 560, 81 N. Y. Supp. 859.

STURGES v. WALKER, et al. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Alice H. Sturges against Ida J. Walker and others. No opinion. Motion denied, with $10 costs. Order filed.

STURGES v. WALKER. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Alice H. Sturges against Ida J. Walker. No opinion. Motion denied, with $10 costs. Order filed.

SWEENEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Nora Sweeney against the Brooklyn Heights Railroad Company. No opinion. Order of the County Court of Kings County, setting aside and vacating judgment and granting new trial affirmed, with costs.

SWEET, Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by Oscar H. Sweet against Charles H. Perkins and others.
PER CURIAM. Order denying motion for new trial on the ground of fraud and deceit practiced by plaintiff at the trial affirmed, with $10 costs and disbursements. See 101 N. Y. Supp. 163.
McLENNAN, P. J., and NASH, J., dissent.

TAMBURRO v. EAGLE TRUCKING CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Francisco Tamburro against the Eagle Trucking Company.
PER CURIAM. Judgment and order affirmed, with costs.
LAUGHLIN, J., dissents.

TANNER, Appellant, v. CRAWFORD, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by William Warren Tanner, as administrator de bonis non of Warren W. Tanner, deceased, against Eunice Crawford, as administratrix of Joshua Tanner, deceased.
PER CURIAM. Judgment unanimously affirmed, with costs.
COCHRANE, J., not sitting.

TEFFT, Respondent, v. GREENWICH & J. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Nathan B. Tefft against the Greenwich & Johnsonville Railway Company and Isaac C. Blandy.
PER CURIAM. Judgment affirmed, with costs.
SMITH, J., dissents.

TELEPHONINE CO. v. DOUTHITT. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by the Telephonine Company against John F. Douthitt. No opinion. Motion denied, with $10 costs. Order filed.

TERRELL v. TERRELL (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Actions by Estelle E. R. Terrell against Alan G. Terrell, and Alan G. Terrell against Estelle E. R. Terrell. No opinions. Motions denied.

THORNE et al., Respondents, v. CAREY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Richard Van Wyck Thorne and another against Henry T. Carey and others, executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

THYSON v. THYSON et al. (two cases). (Supreme Court, Appellate Division, First Department. December 7, 1906.) Actions by Emily F. Thyson against Frederick C. Thyson and others. No opinion. Motions denied.

TIERNAN, Respondent, v. MACK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by John Tiernan against Norman E. Mack. No opinion. Order affirmed, with $10 costs and disbursements, but without prejudice to defendant's right to move at Special Term to open his default as matter of favor.

TOBIN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Thomas Tobin against the Metropolitan Street Railway Company. J. H. Seymour, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOMES, Respondent, v. KLEBOLD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Ac-